UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. COOK, | Case No. 06-CV-2182-WQH (JMA) |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| LINDA S. MCMAHON, Commissioner of Social Security Administration, | |
| Defendant. | |

Plaintiff has filed a complaint in this matter seeking judicial review of the denial of his application for disability insurance benefits. Defendant's answer and the administrative record were filed recently. Pursuant to Rule 16.1(e)(3) of the Local Rules, an Early Neutral Evaluation/Case Management Conference is not required to be held in this case. This order sets out a briefing schedule and hearing date for cross-motions for summary judgment.

Plaintiff must file a motion for summary judgment on or before **March 26, 2007**. Defendant must file any cross-motion on

or before **April 27, 2007**.  Plaintiff must file any opposition to the cross-motion by **May 11, 2007**.  Defendant must file any reply brief on or before **May 18, 2007**.

The matter will be heard on **May 25, 2007** at **9:00 a.m.**  Unless the Court directs otherwise in advance, this matter will be resolved without oral argument and no personal appearances on the hearing date should be made.

Questions regarding this case may be directed to the Magistrate Judge's law clerk at (619) 557-5585.

**IT IS SO ORDERED**.

DATED: January 24, 2007

_____
Jan M. Adler
U.S. Magistrate Judge